```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                          HOUSTON DIVISION
```

| | |
|---|---|
| HELIA TEC RESOURCES, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION H-09-1482 |
| | § |
| GE&F CO., LTD., and PACIFIC LNG | § |
| OPERATIONS LTD., CLARION FINANZ | § |
| AG AND INTEROIL CORPORATION, | § |
| | § |
| Defendants, AND | § |
| | § |
| GE&F CO., LTD., Individually and | § |
| as Assignee of Helia Tec | § |
| Resources, Inc., | § |
| | § |
| Third Party Plaintiff, | § |
| | § |
| VS. | § |
| | § |
| CARY E. HUGHES and TIMOTHY R. | § |
| GALLAGHER, | § |
| | § |
| Third Party Defendants. | § |

## ORDER

Pending before the Court in the above referenced cause is a motion for clarification of previous orders (instrument #233). Because of the bankruptcy of Helia Tec Resources, Inc. this case has been automatically STAYED under 11 U.S.C. § 362 (#243). Therefore the motion for clarification is MOOT, but may be reurged, if appropriate, after resolution of the bankruptcy proceeding or the lifting of the automatic stay.

**SIGNED** at Houston, Texas, this 24th day of November, 2014.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE